UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Case: 3:02CV72MU

| | |
|---|---|
| SOLUTION SELLING, INC. AND SALES ) <br> PERFORMANCE INT., INC ) <br> Plaintiff ) <br> vs. ) <br> ) <br> COSTOMERCENTRIC SYSTEMS, LLC ) <br> ) <br> Defendant ) | **MOTION AND ORDER** <br> **FOR RETURN OF BOND** |

Cash bond in the amount of $500 was placed with the Clerk of Court as bond/security in the above-captioned case on April 8, 2002. It appears that this matter has been concluded, although no motion has been made for return of the bond.

The petitioner hereby requests that the parties be given fifteen days to make any motions to the Court regarding this bond. After this time, if no motions are made to the contrary, the petitioner requests permission to return the bond to counsel for plaintiff, ROBINSON, BRADSHAW AND HINSON, at 101 N. Tryon Street, Suite 1900, Charlotte, NC 28246.

This the 3rd day of July, 2006.               **FRANK G. JOHNS**

                                                                  FRANK G. JOHNS, CLERK OF COURT

**ORDER**

In consideration of the foregoing motion, it is THEREFORE ORDERED that the Clerk of Court disburse funds to the above-named individual(s) as a refund of the bond posted in the above-captioned case.

This the 6th day of July, 2006

                                                                  UNITED STATES DISTRICT JUDGE

cc: Financial Administrator